Israel BONILLA, Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 14–71974.

United States Court of Appeals,
Ninth Circuit.

Submitted March 15, 2016.*

Filed March 23, 2016.

Israel Bonilla, Van Nuys, CA, pro se.

Christopher Buchanan, Oil, DOJ–U.S.
Department of Justice, Washington, DC,
Chief Counsel Ice, Office of the Chief
Counsel Department of Homeland Securi-
ty, San Francisco, CA, for Respondent.

Before: GOODWIN, LEAVY, and
CHRISTEN, Circuit Judges.

MEMORANDUM **

Israel Bonilla, a native and citizen of El
Salvador, petitions pro se for review of the
Board of Immigration Appeals' order dis-
missing his appeal from an immigration
judge's ("IJ") removal order denying a
continuance. We have jurisdiction under 8
U.S.C. § 1252. We review for abuse of
discretion the denial of a motion for a
continuance. *Cui v. Mukasey*, 538 F.3d
1289, 1290 (9th Cir.2008). We deny the
petition for review.

The agency did not abuse its discretion
in declining to grant Bonilla a further con-
tinuance to allow him to submit his finger-
prints for biometric analysis, where the IJ
instructed Bonilla orally and in writing of
the deadline for being fingerprinted and of
the consequences of failure to meet the
deadline, and where Bonilla failed to pres-
ent good cause for his failure to comply.
*See* 8 C.F.R. § 1003.47(c) ("Failure to file
necessary documentation and comply with
the requirements to provide biometrics ...
within the time allowed by the immigration
judge's order, constitutes abandonment of
the application and the immigration judge
may enter an appropriate order dismissing
the application unless the applicant demon-
strates that such failure was the result of
good cause."); *cf. Cui*, 538 F.3d at 1293–95
(requiring a continuance where the alien
did not receive adequate notice of the re-
quirement to submit fingerprints).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.